648                    HERTEL v. HAWLEY.

JAMES F. WALSH, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction and judgment affirmed. . Opinion by GILBERT, J., DYKMAN, J., dissenting.

ABRAHAM KIPP, JR., *Respondent, v.* BARNEY FOSHAY, *Appellant.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

JOHN H. BURROUGHS and others, *Appellants, v.* ELLIS R. THOMAS and others, *Respondents.* — Judgment reversed and new · trial granted, costs to abide event; leave granted to bring in Mrs. Fulsom. Opinion by BARNARD, P. J.

JANE C. MEAD, *Appellant, v.* GEORGE D. MORGAN and others, *Respondents.* — Judgment affirmed, with costs. Opinion by GILBERT, J.

MARY ANN DUNHAM, *Appellant, v.* DEBORAH H. BARKLEY and others, *Respondents.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

ISAIAH STOUTENBURGH, *Appellant, v.* THE DUNBAR BOX AND LUMBER COMPANY, *Respondent.* — Exception overruled and judgment for defendant upon verdict affirmed, with costs. Opinion by GILBERT, J.

JOHN A. SMITH, *Respondent v.* THE STANDARD OIL COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

LEWIS CUDDEBACK, *Appellant, v.* OSCAR F. SHERMAN, *Respondent, Impleaded, etc.* — Reargument ordered.

FRANCES H. WALKER, *Plaintiff, v.* EMMA REIFF, *Defendant.* — Judgment for plaintiff on submitted case. Opinion by DYKMAN, J.

NATHAN WINSLOW, *Appellant, v.* WILLIAM KING and others, *Respondents.* — Part of judgment appealed from affirmed, with costs. Opinion by BARNARD, P. J.

DORA AUSTIN, *Appellant, v.* JOHN LYON, *Respondent.* — Judgment and order granting allowance affirmed, with costs. Opinion by GILBERT,· J.

JOHN H. LIVINGSTON, *Appellant, v.* ALEXANDER S. BURNS, *Respondent.* — Judgment reversed and new trial granted, costs to abide event. Order of reference vacated. Opinion by BARNARD, P. J.,

JOHN LANG, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction and judgment affirmed. Opinion by BARNARD, P. J.; DYKMAN, J., dissenting.

ALEXANDER KNOWLTON, *Respondent, v.* HENRY C. HART, *Appellant.* — Judgment of County Court affirmed, with costs. Opinion by BARNARD, P. J.

PHILIP HERTEL, *Plaintiff, v.* OSCAR F. HAWLEY, *Defendant.* — Exceptions overruled and verdict for defendant and judgment thereon affirmed, with costs. Opinion by BARNARD, P. J.